*E-FILED - 5/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HASSAN ABPIKAR, | ) | No. C 09-1196 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) ) | |
| SUPERIOR COURT OF SANTA CLARA COUNTY, et al., | ) ) ) | |
| Respondents. | ) ) | |

The court has dismissed the instant petition for writ of habeas corpus for failure to state a claim. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Abpikar196jud.wpd        1